1  PHILLIP A. TALBERT
   United States Attorney
2  ALSTYN BENNETT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

**FILED**
Feb 05, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America
7

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE APPLICATION
   OF THE UNITED STATES OF AMERICA
12 FOR SEARCH WARRANTS CONCERNING:

13 771 CENTRAL HOUSE ROAD, HONCUT,        CASE NO.: 2:22-SW-0364-JDP
   CALIFORNIA, BUTTE COUNTY APN #028-
14 020-056, 21.6 ACRES

15 731 CENTRAL HOUSE ROAD, HONCUT,                  2:22-SW-0365-JDP
   CALIFORNIA, BUTTE COUNTY APN #028-
16 020-057, 10.46 ACRES

17 RONALD GRANT TEESDALE                            2:22-SW-0366-JDP

18 THE CELLULAR TELEPHONE ASSIGNED                  2:22-SW-0367-JDP
   CALL NUMBER 530-990-4217
19
                                          [PROPOSED] ORDER TO UNSEAL SEARCH
20                                        WARRANTS AND SEARCH WARRANT
                                          AFFIDAVITS
21

22      Upon application of the United States of America and good cause having been shown,

23      IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

24  Dated: February 5, 2024
25                                                 The Honorable Jeremy D. Peterson
                                                   UNITED STATES MAGISTRATE JUDGE
26

27

28

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS